# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TK HOLDINGS INC. *et al.*, | ) Case No. 17-11375 (BLS) |
| Debtors. | ) Jointly Administered |
| TK HOLDINGS INC. *et al.*, | ) |
| Plaintiffs-Appellees, | ) |
| | ) No. 1:18-cv-00272-RGA |
| v. | ) |
| | ) No. 1:18-cv-00306-RGA |
| STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, and STATE OF NEW MEXICO, *ex rel.* Hector Balderas, Attorney General, | ) |
| Defendants-Appellants. | ) |

## [PROPOSED] ORDER GRANTING STATES' MOTION TO DISMISS APPEALS

Upon the motion, dated May 17, 2018 (the "Motion"), of the States of Hawai'i and New Mexico and the Government of the United States Virgin Islands (collectively, "States"), to dismiss the two above-captioned appeals under Federal Rule of Bankruptcy Procedure 8023 based on a prior settlement between the parties, it is hereby ORDERED that the two appeals are dismissed, with each party to bear its own costs and attorney's fees.

Dated: May 22, 2018

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge